IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN ONWUKA,** ) | Civil Action No. 7:11-cv-00485 | |
|    **Plaintiff,** ) | | |
| ) | | |
| **v.** ) | **ORDER** | |
| ) | | |
| **KEEN MOUNTAIN CORR. CTR., et al.,** ) | **By:** | Hon. Michael F. Urbanski |
|    **Defendants.** ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: October 25, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge